IN THE UNITED STATES DISTRICT COURT    2:24cv114.KS-MTP
SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 26 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

O'KEEFE R. PRITCHETT

V.

FORREST COUNTY SHERIFF'S OFFICE/JAIL
CHARLIES SIMS, EVAN HENDERSON, DAVID WARD,
J#22, J#32 AND J#11 ALLEN


ON GROUNDS OF CIVIL ACTION


I (O'KEEFE R. PRITCHETT) PETITIONER COMES TO THE COURTS IN COMPLAINT IN
WHICH OF REGARDING HATTIESBURG MISSISSIPPI, AGENCY FORREST COUNTY
SHERIFF'S OFFICE/JAIL. ON THE 11th DAY OF JULY, 2024 AROUND OR ABOUT
3:45pm TO 5:30pm I WAS ASSUALTED PHYSICAL, MENTILY AND EMOTIONALY
BY C/O J#22, AND J#32 ARISING FROM A CIVIL ACTION I HAVE FILE
AGANIST FORREST COUNTY JAIL CASE NUMBER (2:24-CV-00098-HSO-BWR)
IT STARTED WITH J#22 I HAVE LET IT BE KNOWN TO MAJOR EVAN THAT WE DO
NOT GET ALONE AT ALL COULD YOU KEEP HIM AWAY FROM ME OVER AND OVER
I FILLED OUT INMATE GRIEVANCES FORMS DATED BACK TO MARCH, 2024
ON THE TABLET APP CTC. THAT MORRING I TOLD J#11 ALLEN COULD YOU PLEASE
TELL J#22 TO LET ME OUTSIDE WITH H-POD WITH MY HOMIE'S LIKE I BEEN
DOING EVERY WEEK, J#11 ALLEN THEN TOLD ME THAT THEY HAD ALREADY
WENT OUT. FOR THEIR HOUR. I SAID THAT'S FINE I'M JUST TRYNA GO OUT-
SIDE. HE TOLD ME THAT HE'LL MAKE SURE THAT THEY WOULD GET ME
OUT THERE. WHEN THEY SWITCH POD'S FOR THE NEXT HOUR, SO AN HOUR
OR SO HAD PASSED I WATCH AN WAITED BY THAT TIME J#22 HAD

SWICH THE POD WAS OUT ALREADY WITHOUT ME INTENUALLY. SO I WAITED KNOWING NOW THAT I WASN'T GOING TO BE LET OUTSIDE TODAY. TILL HE WALKED BACK BY MY CELL AND ASKED FOR A TABLET SO THAT I COULD WRITE AN GRIEVANCE SO I WOULD KNOW IT MADE IT TO THE RIGHT PERSON. HE TOLD ME YEAH HE WOULD PASS ME ONE (A TABLET) SO HE LET ANOTHER POD OUTSIDE AND WALKED THROUGH THE YARD JUST TO AVOID ME AND PASSING ME A TABLET. SO IM IN A MEDICAL CELL I SUPOSE THAT'S PART OF BEING ISO. NOT COUSE I WAS COUSING A PROBLEM BUT BECAUSE I'M IN A WHEEL CHAIR DISABLE FROM BEING SHOT AND LEFT PARALYZED AND MY MED'S I WAS TOLD I COULDN'T BE AROUND OTHER INMATES. WHEN I FIRST GOT HERE BECAUSE OF THE WHEEL CHAIR THEN BECAUSE OF MY MEDS. BUT THEY ALLOWED ME TO ANYWAY UNTILL NOW OUT THE BLEW. BUT THE SAME CELL THEY PUT ME IN FOR PUNISHMENT ONCE BEFORE WITHOUT A PHONE TO CALL WITHOUT A TV TO WATCH, AND I HAVE TO BEGG FOR A BOOK(S) TO READ. BUT THE BUTTON TO BUZZ FOR HELP OR ASSISTANT WITH MEDICAL CONDITION THE CENTRAL CONTROL FOR HELP IN GENERAL FOR ANYTHING SHOWER .ECT. POST TO BE NOT WORKING BEEN LIKE THIS FOR AT LEAST 3 WEEKS. ME AND A FEW INMATES HAVE TO BEAT ON TRAY HOLES OR THE WINDOW TO GET HELP FOR ANYTHING BUT NOT TO DESTORY GOV. PROPERTY SO I WAS BEATING ON THE CELL NEXT TO ME WHAT I WILL NORMALLY DO TO GET J#11 ALLEN OR ANY C-O FOR ASSISTANT. THEN ALL OF A SUDDEN J#32 COME ON THE BUTTON FROM CENTRAL CONTROL THAT'S POST TO BE BROKEN AND SAID "PRITCHETT IS THAT YOU BEATING ON ISO 2 DOOR" I SAID YEAH CAN YOU GET SOMEBODY DOWN HERE I HAVE A PROBLEM WHICH WAS ABOUT

J#22 BOUT A FEW MINUTES LATER J#32 AND J#22 CAME DOWN VERY AGGRESSLY TELLIN ME THAT I HAVE TO LOCK DOWN, WITHOUT A REASON I WAS CONFUSED CAUSE I WAS TRYNA GET HELP AND DOING WHAT WE HAVE NORMALLY BEEN DOING TO GET HELP. I WAS TRYNA EXPLAIN TO J#32 I THOUGHT HE WAS COMING TO HELP OR SEE WHAT I WANTED MY REASON COULD YOU TELL J#11 ALLEN TO COME THEN CAUSE WE HAD JUST TALKED J#22 SAID HE TOLD US TO COME LOCK YOU DOWN. THEN THEY START GRABBING ON ME AND MY WHEEL CHAIR I WAS SAYIN WHAT WHY I DIDNT DO ANYTHANG WRONG I WAS JUST TRYNA ASK FOR A TABLET TO WRITE AN GRIEVANCE ON YOU 22 ABOUT WHAT HAD HAPPEN. AND SOMETHING IM ENTITLED TO WHICH I WAS FOR SURE STATING THAT. BECAUSE MY MAIL, LAW LIBRARY THEN THAT'S WHEN J#22 SAID "SHUT THE FUCK UP YOU NOT ENTITLED TO SHIT SHIT BUT A FOOD TRAY YOU MOTHER FUCKER I'M NOT PASSING YOU SHIT" WHILE J#32 CHOKING ME BACKWARD TOWARDS LOCKING ME DOWN I SAID MAN WHAT THE FUCK YOU DOING CHOKING ME! HE SAID I'M LOCKING YOU DOWN HE RELIZED HE WAS CHOKING ME I SAID NOT LIKE THAT CHOKING ME. HE THEN TRY TO PUSH ME BACKWARD TILL I SAID IM IN MY CELL WHAT THE FUCK YOU DOING JUST CLOSE THE DOOR HE JUST STANDING THERE LOOKING DUMB FOUNDED J#32 SLAM THE DOOR THEN YELLING. I START BEATING AGAIN TO GET SOMEBODY HIGHER RANKING TO HEAR ME OUT CAUSE THEY WAS IN THE WRONG THEY KNOW THE BUZZER (COMPRMISED) THEY BROUGHT ME A GRIEVANCE BACK OPEN MY DOOR TALKING AND LAUGHING LIKE IT'S FUNNY SO I BLEW WATER ON J#32 MAD AS THEY OPEN MY DOOR AFTER I TOLD THEM I DONT WANT NO PAPER

GRIEVANCE I TOLD THEM I NEED IT ON FILE ON THE TABLET BY THAT TIME THEY WAS ALREADY RUNNING IN ON ME BEAT + PULL ME OUT OF MY WHEELCHAIR TO THE GROUND STOMPING ME IN MY BACK AND LEGS WHILE J#32 PUNCHING AND PULLING MY HAIR J#22 TWISTING MY ARM PUTTING HANDCUFFS ON SO TIGHT WAY PASS THE KNOTCH, THEN #32 GOT HIS KNEE ON MY SPINE I'M YELLING WHAT YALL DOING, IM ON THE GROUND #32 STILL ON MY SPINE WHERE I HAD SURGERY WHILE ONE HAND ON MY NECK CHOKING ME ONCE AGING AND HIS OTHER HAND ON MY HEAD SMASHING MY JAW AND CHIN AGAINST THE FLOOR J#11 ALLEN JUST STANDING THERE TILL I TOLD HIM TO GET THE MAJOR AND CAPTIAN J#2 DAVID WARD DOWN HERE THIS IS NOT RIGHT YALL KNOW THE BUZZER DON'T WORK (AT THE TIME I DIDN'T KNOW THAT THE BUZZER WAS WORKING BUT NOT FOR ME THEY MADE IT TO LISTEN TO ME) I HAD JUST ASK J#11 ALLEN TO HELP ME OUT BEFOR ALL THIS HAPPEN THAT WHEN MAJOR EVAN H. AND DAVID CAME FIRST THEY TALKED TO J#11 ALLEN OUTSIDE WHILE J#32 STILL HAVE ME PIN DOWN ON THE GROUND SQUEEZ'N MY NECK AND PUSHING MY HEAD AND JAW INTO THE FLOOR TRYNA GET READY TO PUT ME IN A RESTRAINT CHAIR SO I TOLD THEM THEY CANT DO THAT WHAT THE FUCK BETTER GET A SPIT MASK, J#10 TOLD YEAH FIND A SPIT MASK. AS IM LISTEING TO J#11 ALLEN TELL MAJOR E. AND DAVID WARD J#2 HE SAID I WAS MAD BEATING BECAUSE I WANTED TO GO OUTSIDE WITH H-POD WITH MY HOMIES. THAT WHEN I TRIED TO MOVE MY HEAD THEN #32 SLAMED MY HEAD CHIN ON THE FLOOR THEN MAJOR ASK WAS IT PEE OR WATER

J#11 ALLEN SAID WATER MAJOR GOT MAD AND WALKED OFF CALLING THE U.S MARSHALL'S WHILE I WAS EXPLAIN TO HIM & CAPTAIN DAVID WARD J#2 CAPTAIN CUT ME OFF AND SAID HE NOT ALLOWED TO HAVE ANY INTERACTION WITH LT# RALPH HILL ERIC SUM I WAS CONFUSED CAUSE THIS WAS ABOUT SOMETHING ELSE THAT I HAD NO IDEA (BUT THAT WHY THE BUZZER WAS FIX WHERE I CANT BUZZ OUT CAUSE THEY WAS TRYNA SEE IF LT# WAS BRINGIN DRUGS TO ME.) SO J#2 DAVID W. SAID WHILE IM STILL PIN DOWN NOW) YOU WANNA TELL ME WHO BRING IN DRUGS YOUR NAME RING SAID LT# BRING IT AND I'M SELLING IT TO H-POD, SO I SAID THAT'S NOT TRUE I BROKE IT DOWN THAT IT'S SELF EXPLANTORY THAT A BABY COULD GET. THEN I SAID I WORTE GRIEVANCE AFTER GRIEVANCE WAY BEFORE THIS CAUSE IT WAS MY FIRST TIME HEARING THIS CAPTIAN J#2 SAID HE BEEN NEGLECTING THEM BECAUSE OF THE CIVIL ACTION SO I START CRYING THAT'S WHAT THIS ALL ABOUT MAD CAUSE IT SHOWS EVEN NOW ON THE 12th OF JULY THEY WORTE ON THE BOARD TO NOT GIVE O'KEEFE PRICHETT A TABLET AFTER I WORTE MY LAST GRIEVANCES ON THE 11th OF JULY 2024 THE DAY IT HAPPEN CANT USE THE PHONE OR ANYTHING NO MEDICAL ASSISTANT FOR MY JAW LINIMENT LOSSEN I CAN SEE AND FEEL IT BLEEDING FROM MY TEETH, TEETH SPREADED APART NEED TO BE X-RAY AN FIXED THEY DIDNT TAKE NO PICS OF MY WOUNDS MAJOR EVAN CAME ON THE 12th AROUND 5:00PM BEFORE HE LEFT BASICLY CAUSE I WORTE THE GRIEVANCE THAT NIGHT AFTER IT HAPPEN AND TOLD THE TRUTH WHAT REALLY HAPPEN SO I WOULD BE ON FILE, HE SAID DONT POINT THE

THE BLAME AT US HAS IN FORREST COUNTY JAIL POINT THE BLAME AT THE US MARSHALL, TOLD ME THE SAME THING OVER AND OVER THAT HE GONE MAKE SURE THIS AND THAT SINCE MARCH BUT HAVN'T YET STILL TO THIS DAY NONE OF MY GRIEVANCES BEEN RESOLVD, LIED LIKE HE DIDNT KNOW ABOUT THE CIVIL ACTION WHEN DAVID SAID THATS WHY HE NEGLECTING MY GRIEVANCES THEN I SAID WHAT ABOUT THE ONE'S BEFORE THIS HAPPEN HE SAID IF THEY NOT GONE TAKE CARE OF YOU THEN THEY GONE HAVE TO COME GET YOU AND THAT HE NOT GONE BE NICE ABOUT IT THIS TIME, THAT ILL HAVE A TABLET EVERYDAY BUT THEY GOT ME ON THE BOARD FOR NO TABLET I CONT WORK ON MY LEGAL WORK OR CHECK MY MAIL OR ANY- THING I EVEN ASK FOR A COPY OF MY MEDICAL RECORD'S AND THEIR EMPLOYEE HAND BOOK AT THIS POINT I FEEL VIOLATED IN ALOT OF WAYZ FEAR FOR MY LIFE HERE FOR STANDING UP FOR MYSELF AND NOT LETTING DO WHATEVER ABRUSE THEIR POWERS, I HAVE NO WIN WITH EQUITABLE BASICS I FEEL THER MAD CAUSE I GOT THE CIVIL ACTION AGAINST THE AGENCY THAT THEY COMISED THINGS SO IT WILL BE HARD FOR ME TO BE HEARD BY THE RIGHT PEOPLE, I FEEL DUE TO THE CIVIL ACTION IM BEING TREATED WITH CRUEL AND UNUSUAL PUNISHMENT VIOLATED OF MY 8th AMENDMENT WITHOUT ANY AID OR ASSISTANCE FOR MY HEALTH HOUSED OUTSIDE MY JURIDICTION NEGLECTED BY FORREST COUNTY JAIL NURSE TEAM, ALSO THE C-O'S BECAUSE THEY DONT WANNA LOSE THEIR JOB FOR HELPING ME EMOTIONAL ABRUSED MENTILLY PHYICALY AS WELL THE FORREST COUNTY JAIL HIDE AND ABETTING WITH THE U.S. MARSHALL'S

IN PAIN AND SUFFERING FROM VIOLATION OF MY 14th AMENDMENT WITH EQUAL PROCEATION OF THE LAW THAT'S BEING CONSTRUED TO deny AND DISPARGE THINGS AND MY RIGHTS IM ENTITLED TO MAKE ME FEEL LIKE IM INVOLUNTORY SERVITUDE TOWARDS SLAVERY SHOULDN'T FEEL LIKE DEPRIVE OF LIFE AND LIBERTY AS A CITIZEN OF THE UNITED STATES OF AMERICA, SHORTEN the disruption OF LIFE LIFE CAUSE By ARREST AND THE PRESENCE OF UNRESOLVED CRIMINAL CHARGES, GRIEVANCES RESTRAINT ON LIBERTY disruption FINACIAL RESOURCES AND STRESS, ANXIETY MEDICAL CONDITION'S false DOCMENTATION denied THE HANDBOOK OF THIS JAIL WHEN I HAVENT BROKEN ANY RULES to BE MISTREATED AND PLUNISH I HAVNTT REFUSE AND ANYTHING TO SIGN FOR THE GOOD OR BAD NO RVR'S HAVN'T TRIED TO BREAK ANY PROPERTY I'M JUST TRYNA Do MY TIME AND GET HOME SAFE TO MY KIDS I DONT BOTHER NOBODY AT ALL I CANT EVEN WALK I DONT HAVE TIME TO BE GETTING BEAT ON OR MISTREATED BEHIND MY HEALTH CONDICTIONS

Respectfully
Submitted
O'Keefe R Pritchitt
7/13/2024